(

Crane M. Pomerantz, Esq.
Nevada Bar No.: 14103
SKLAR WILLIAMS PLLC
410 South Rampart Boulevard
Las Vegas, Nevada 89145
Telephone: (702) 360-6000
Facsimile: (702) 360-0000

*Attorneys for Defendant Chacon*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **United States of America**, | |
| Plaintiff, | Case No. 2:18-cr-326-APG-NJK |
| v. | **Stipulation and Order to Continue Sentencing Hearing** |
| **Julian Ricardo Chacon,** | |
| Defendant. | |

Defendant Julian Ricardo Chacon and the United States, by and through the undersigned, hereby agree and stipulate, and request an Order from this Court upon such stipulation and agreement, that the sentencing hearing in this matter, currently scheduled for June 10, 2019 at 2:00 pm, should be continued to July 18, 2019 at 10:00am, as follows:

1.    Counsel for the defendant and counsel for the United States have been working through some legal and factual issues relating to the sentencing in this matter, including one issue that could have a substantial impact on the positions of the parties at sentencing and thus, the sentence ultimately imposed by the Court. The parties agree that a brief continuance is in both of their best interests.

2.    Counsel for the parties reached out to the Court's courtroom deputy to alert her to their request for a continuance. She suggested that the Court's

(

1

calendar would accommodate a sentencing hearing on July 18, 2019 at 10:00am. In light of work responsibilities and travel conflicts, counsel for both parties are available on that day.

      3.    Mr. Chacon is in custody, but does not object to this continuance.

      4.    This is the parties' first stipulation to continue the sentencing hearing. The stipulation between the parties is entered into not for purposes of delay, but to provide counsel an opportunity to work through legal and factual issues relating to the sentencing hearing.

Dated this 28th day of May, 2019

NICHOLAS TRUTANICH
United States Attorney

*/ s / Daniel J. Cowhig*

_____
DANIEL J. COWHIG
Assistant United States Attorney

*/ s / Crane Pomerantz*

_____
CRANE M. POMERANTZ
Nevada Bar No.: 14103
410 South Rampart Boulevard
Las Vegas, Nevada 89145

*Counsel for Defendant Chacon*

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

**United States of America**,

Plaintiff,

v.

**Julian Ricardo Chacon,**

Defendant.

Case No. 2:18-cr-00326-APG-NJK-1

**Order**

The Court, having considered the above stipulation of the parties, and good cause appearing, finds as follows:

1. Counsel for the defendant and counsel for the United States have been working through some legal and factual issues relating to the sentencing in this matter, including one issue that could have a substantial impact on the positions of the parties at sentencing and thus, the sentence ultimately imposed by the Court. The parties agree that a brief continuance is in both of their best interests.

2. Counsel for the parties reached out to the Court's courtroom deputy to alert her to their request for a continuance. She suggested that the Court's calendar would accommodate a sentencing hearing on July 18, 2019 at 10:00am. In light of work responsibilities and travel conflicts, counsel for both parties are available on that day.

3. Mr. Chacon is in custody, but does not object to this continuance.

4. This is the parties' first stipulation to continue the sentencing hearing. The stipulation between the parties is entered into not for purposes of delay, but to provide counsel an opportunity to work through legal and factual issues relating to the sentencing hearing.

3

IT IS HEREBY ORDERED that the sentencing hearing in this matter, currently scheduled for June 10, 2019 at 2:00 p.m., shall be continued until July 18, 2019 at 10:00 a.m.

IT IS SO ORDERED this  29th  day of May, 2019.

_____
Andrew P. Gordon
United States District Court Judge